UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:18 CV 1885 CDP |
| UNITED CONSTRUCTION ENT. CO. OF ST. LOUIS, INC., et al., | ) ) ) | |
| Defendants. | ) | |

# **MEMORANDUM AND ORDER**

This newly-filed case is before me for review of subject matter jurisdiction. Plaintiff Cincinnati Specialty Underwriters Insurance Company brings this action seeking a declaration that its policy of insurance issued to defendant Crystal Heating & Cooling Service, Inc., contains language excluding coverage for damages related to an injured worker employed by defendant United Construction Ent. Co. of St. Louis, Inc.; and, further, that it owes no duty to defend or indemnify Crystal Heating in a separate action brought by United Construction against Crystal Heating for said damages. Cincinnati Specialty invokes this Court's diversity jurisdiction under 28 U.S.C. § 1332.

Cincinnati Specialty's complaint does not contain an adequate statement of citizenship regarding either of the defendants in this case. Although the complaint identifies the State of Missouri as the state of incorporation for each defendant, it fails

to identify the state in which each respective defendant's principal place of business is located.  With corporations, a proper statement of citizenship includes the corporation's place of incorporation and its principal place of business.  *Sanders v. Clemco Indus.*, 823 F.2d 214, 216 (8th Cir. 1987); *see also Americold Realty Trust v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1015 (2016).  I am therefore unable to determine if this Court has subject-matter jurisdiction over this action.

Accordingly, I will give plaintiff seven days to amend its complaint to properly allege this Court's subject-matter jurisdiction.  Failure to timely comply with this Order may result in this action being dismissed without prejudice for lack of subject-matter jurisdiction.

Therefore,

**IS IT HEREBY ORDERED** that plaintiff Cincinnati Specialty Underwriters Insurance Company shall file an amended complaint not later than **November 13, 2018**, to properly allege this Court's subject-matter jurisdiction.  Failure to timely comply with this Order may result in this action being dismissed without prejudice for lack of subject-matter jurisdiction.

*/s/ Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of November, 2018.